IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BETTY SMITH,

    Plaintiff,

v.                                              CASE NO. 3:14-cv-96-RS-CJK

MUTUAL SAVINGS LIFE INSURANCE,

    Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 11). No objections have been filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED with prejudice** for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted.

3. The Clerk is directed to close the file.

**ORDERED** on July 2, 2014.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**